884 A.2d 250

Darla FRITZ and Gordon Fritz, Petitioners

v.

Hazel WRIGHT, Carolyn Temple, Bonnie Stuart, and Samuel Wright, Individually and Doing Business as Wright's Lane Properties, Respondents.

Supreme Court of Pennsylvania.

Oct. 4, 2005.

## ORDER

PER CURIAM:

**AND NOW,** this 4th day of October 2005, the Petition for Allowance of Appeal in the above captioned matter is **GRANTED,** limited to the following issue:

Whether 42 Pa.C.S.A. § 5104(b) and Article I, Section 6 of the Pennsylvania Constitution require that the same ten jurors must vote the same on each question listed on a special interrogatory verdict sheet for there to be a "verdict"?